EDWIN W. INSLEE et al., as Trustees of the Estate of SAMUEL INSLEE, Deceased, Respondents, *v.* MAURICE H. BOB, Appellant.

Argued March 10, 1937; decided March 25, 1937.

*Joseph H. Robins* and *Henry Goldstein* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.